BARRY MAULDIN,

        Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

Case No.: 4:24-cv-00757-RK

## DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION TO EXTEND JUNE 15, 2026 FACT DISCOVERY DEADLINE

**NOW COMES**, Defendant Costco Wholesale Corporation ("Costco"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order extending the June 15, 2026 fact discovery deadline, as it relates to Brian Gallman, through and including July 15, 2026. In support of this Unopposed Motion to Extend the June 15, 2026 Fact Discovery Deadline, Costco states the following:

1. On April 2, 2026, the Court entered its Order granting Costco's Motion for Summary Judgment in part and denying it in part (the "Order"). (ECF No. 51.) The Court further ordered that "supplemental discovery as to Brian Gallman's post-discovery affidavit dated January 14, 2026, is due May 1, 2026." (ECF No. 51, p. 17.)

2. That same day, on April 2, 2026, in connection with the Order, Costco promptly served supplemental interrogatories and supplemental requests for production of documents on Plaintiff Barry Mauldin ("Plaintiff").

3. On April 7, 2026, Costco served its Subpoena to Testify at Deposition and Subpoena for Production of Documents on Brian Gallman.

4. On April 9, 2026, the Court continued the jury trial previously scheduled to commence on May 18, 2026, and ordered, among other things, that "[a]ll pending motion response deadlines and pretrial deadlines are staying pending the selection of a new trial date." (ECF No. 62.)

5. Although Mr. Gallman's deposition was initially scheduled to proceed on April 23, 2026, on April 16, 2025, counsel for Mr. Gallman advised that, due to limited technological skills, Mr. Gallman would not be able to provide a copy of any documents responsive to the April 7, 2026 Subpoena for Production of Documents, other than the signed affidavit already filed in this case.

6. On April 30, 2026, Costco filed its Unopposed Motion to Extend the May 1, 2026 Fact Discovery Deadline to allow Costco to first receive Plaintiff's supplemental discovery responses and document production, which were due May 2, 2026, before proceeding with Mr. Gallman's deposition. (ECF No. 63.)

7. On May 1, 2026, the Court granted Costco's Unopposed Motion to Extend the May 1, 2026 Fact Discovery Deadline. (ECF No. 63.)

8. On May 4, 2026, Plaintiff served his answers to the supplemental interrogatories, as well as his responses to the supplemental requests for production of documents and corresponding document production.

9. On May 13, 2026, after reviewing Plaintiff's discovery responses and production, Costco sent a Rule 37 Meet-and-Confer Letter to Mr. Gallman regarding his failure to respond to the April 7, 2026 Subpoena for Production of Documents.

10. On May 21, 2026, the Court entered an order continuing the jury trial to February 16, 2027. (ECF No. 66.)

2

11. On May 26, 2026, having received no response to the May 13, 2026 Rule 37 Meet-and-Confer Letter, counsel for Costco contacted counsel for Mr. Gallman via e-mail and, later that same day, conducted a telephonic meet-and-confer with him regarding Mr. Gallman's outstanding response to the May 13, 2026 Rule 37 Meet-and-Confer Letter.

12. On May 29, 2026, Plaintiff produced a supplemental document production relating to Mr. Gallman.

13. On June 4, 2026, Mr. Gallman produced documents responsive to the April 7, 2026 Subpoena for Production of Documents.

14. Following receipt of Mr. Gallman's document production, counsel for Costco conferred with counsel for Plaintiff and counsel for Mr. Gallman regarding their respective availability for Mr. Gallman's deposition. Due to scheduling constraints among the parties, Costco is unable to take Mr. Gallman's deposition prior to the June 15, 2026 fact discovery deadline.

15. Mr. Gallman's deposition is necessary to complete discovery related his affidavit and document production and to allow Costco to investigate any issues arising therefrom.

16. For these reasons, Costco respectfully requests that the Court extend the June 15, 2026 fact discovery deadline to July 15, 2026, to allow adequate time to complete discovery related to Mr. Gallman, including completion of his deposition, and investigation of any issues arising from his deposition.

17. Costco conferred with Plaintiff prior to making this request, and Plaintiff indicated he does not oppose the requested extension.

18. Costco will be prejudiced if the June 15, 2026 discovery deadline is not extended. In light of the currently-scheduled trial date, the requested extension is not expected to impact any other deadlines in the case.

3

WHEREFORE, Defendant Costco Wholesale Corporation, respectfully moves this Honorable Court to enter an order: (1) granting Defendant Costco Wholesale Corporation's Unopposed Motion to Extend June 15, 2026 Fact Discovery Deadline; (b) extending the June 15, 2026 deadline as it concerns Brian Gallman up to and including July 15, 2026; and (c) granting such other and further relief as this Honorable Court deems just and proper.

DATED: June 15, 2026                    Respectfully submitted,

                                        **COSTCO WHOLESALE CORPORATION**

                                        By:  */s/  Thomas M. Horan*
                                        One of Defendant's Attorneys

                                        Thomas M. Horan
                                        thoran@seyfarth.com
                                        Gerald Pauling
                                        gpauling@seyfarth.com
                                        Brittany N. Bermudez
                                        bbermudez@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        233 South Wacker Drive, Suite 8000
                                        Chicago, Illinois  60606-6448
                                        Telephone:  (312) 460-5000
                                        Facsimile:   (312) 460-7000

                                        Kimberly A. Jones, MO Bar #46688
                                        SEYFERTH BLUMENTHAL & HARRIS LLC
                                        4801 Main Street, Suite 310
                                        Kansas City, MO 64112
                                        Telephone: (816)  756-0700
                                        Facsimile:  (816)  756-3700
                                        Email: kim@sbhlaw.com

                                        Attorneys for Defendant
                                        COSTCO WHOLESALE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following:

George E. Kapke, Jr.
**KAPKE & WILLERTH, LLC**
3304 N.E. Ralph Powell Road
Lee's Summit, MO 64064
Telephone:  (816) 461-3800
Facsimile:  (816) 254-8014
ted@kapkewillerth.com

Andrew Schermerhorn
**KLAMANN & SCHERMERHORN, PA**
4435 Main Street, Suite 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Facsimile:  (816) 421-8686
ajs@klamannlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Thomas M. Horan*
 Attorney for Defendant